Case 5:16-cv-00027   Document 20   Filed in TXSD on 07/26/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 27, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LETICIA NUNO,<br>    Plaintiff,<br><br>v.<br><br>TRAVELERS LLOYDS OF TEXAS<br>INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§   NO. 5:16-cv-27<br>§<br>§<br>§<br>§ |

## ORDER

The parties have filed an agreed Motion to Remand, signed by each party. (Dkt. 19). Defendant first removed this case to federal court on the basis of diversity jurisdiction. (Dkt. 1). Plaintiff Leticia Nuno since stipulated that the amount of damages sought against Defendant does not exceed $75,000.00. (Dkt. 15). The amount of damages sought in the Plaintiff's original petition was ambiguous, and the Court now views the original amount in controversy as less than $75,000.00.

Accordingly, the Court lacks jurisdiction over the case. The Motion to Remand (Dkt. 19) is GRANTED. The case is now REMANDED to the 49th District Court of Webb County, Texas.

DONE at Laredo, Texas, this 26th day of July, 2016.

_____
George P. Kazen
Senior United States District Judge